**CGFD58** (01/01/06)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov
### West Palm Beach Division

Case Number: 04–33414–PGH

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Carl A. Theriot
12060 175 Road No
Jupiter, FL 33478

SSN: xxx–xx–5258

```
CLERK
USBC
SDFL
FILED
1/10/06
```

## CLERK'S NOTICE OF TRANSFER OF CASE FROM JUDGE FRIEDMAN TO JUDGE HYMAN

    Notice is hereby given that pursuant to Administrative Order 05–10, this case has been transferred to Judge Paul G. Hyman effective January 1, 2006.

    Absent any specific notice to the contrary, parties of record should also take notice that any meeting of creditors or hearing which has already been scheduled prior to the transfer date shall be held at the date, time and location for which it was already scheduled and noticed. Judge Paul G. Hyman will preside at court hearings scheduled after January 1, 2006.

**Date: 1/10/06**

                                       **Karen Eddy**
                                       **Clerk of Court**

                                       By: Ellen Haas
                                       Deputy Clerk

Copies to:  All Parties of record by the clerk

# CERTIFICATE OF SERVICE

```
District/off: 113C-9          User: haase              Page 1 of 1              Date Rcvd: Jan 10, 2006
Case: 04-33414                Form ID: CGFD58          Total Served: 35


The following entities were served by first class mail on Jan 12, 2006.
db         +Carl A. Theriot,    12060 175 Road No,    Jupiter, FL 33478-4630
aty        +James E Copeland, Esq,    631 US Hwy 1 #403,    N. Palm Beach, FL 33408-4618
aty        +John M Koenig Jr, Esq,    1551 Forum Pl #200,    West Palm Beach, FL 33401-2309
aty        +Kenneth M Jones, Esq,    1333 S University Dr #201,    Plantation, FL 33324-4001
aty        +Steven G Powrozek, Esq,    4505 Woodland Corp Blvd #100,    Tampa, FL 33614-2404
smg         Florida Department of Revenue,    POB 6668,    Bankruptcy Division,    Tallahassee, FL  32314-6668
ust        +Assistant U. S. Trustee,    51 S.W. 1st Ave.,    Ste. 1204,    Miami, FL 33130-1614
ust        +Assistant U. S. Trustee,    51 SW 1 Ave #1204,    Miami, FL 33130-1614
ust        +Office of the US Trustee,    51 S.W. 1st Ave.,    Ste. 1204,    Miami, FL 33130-1614
cr         +Alliance Mortgage Company,    c/o Steven G Powrozek,    4505 Woodland Corp Blvd #100,
             Tampa, FL 33614-2404
9313730     Alliance Mortgage,    821 Nations Way Bldng 100,    Jacksonville FL 32232
9393072    +Alliance Mortgage Company,    c/o Steven G Powrozek,    4505 Woodland Corporate Blvd #100,
             Tampa, FL 33614-2404
9313731    +American Express,    c o Law Offices of James A West,    11111 Harwin,    Houston TX 77072-1612
9313732    +Any Kind Checks Cashed,    4703 A South Military Trail,    Lake Worth FL 33463-5379
9313733    +Bank Atlantic,    P O Box 8608,    Ft Lauderdale FL 33310-8608
9313734    +Bank One,    P O Box 94015,    Palatine IL 60094-4015
9373061    +Bank One,    POB 3155,    Milwaukee WI 53201-3155
9313735     Buccaneer Yacht Club Internation,    c o Adorno  Yoss John Koenig Jr.,
             551 Forum Place Building 200,    West Palm Beach FL 33401
9826181    +Buccaneer Yacht Club International,    c/o John M Koenig, Jr,    1551 Forum Pl #200,
             West Palm Beach, FL 33401-2309
9313736    +Capital One,    P O Box 85015,    Richmond VA 23285-5015
9487935    +Capital One Bank,    POB 85167,    Richmond VA 23285-5167
9313737     Ford Credit,    P O Box 105697,    Atlanta GA 30348-5697
9337832    +Ford Motor Credit Company,    c/o Kenneth M Jones,    1333 S University Dr #201,
             Plantation, FL 33324-4001
9476142    +Gary Slauson,    432 46 St,    West Palm Beach, FL 33407-2932
9313739     Gemini Acres,    c o Patrick T Brankin Esq,    222 N LaSalle Street Suite 1910,
             Chicago IL 60601-1102
9313738    +Harvey L Gibson,    c o John E Carter Esq,    1200 N Federal Highway,    Suite 312,
             Boca Raton FL 33432-2846
9313740    +Household Credit,    P O Box 4155,    Carol Stream IL 60197-4155
9313741     Jay Kay Co,    11801 W Sample Road,    Coral Springs FL 33065
9463796    +Jay-Kay Co,    c/o scott Chapman Esq,    7040 W Palmetto Pk Rd  #4,    Boca Raton  FL 33433-3483
9313742     MBNA,    c o Law Offices of Mitchell N Kay,    P O Box 9006,    Smithtown NY 11787-9006
9381484    +MBNA America Bank,    Portfolio Recovery Associates,    POB 12914,    Norfolk VA 23541-0914
9313743     Nextel,    P O Box 4191,    Carol Stream IL 60197-4191
9313744    +PRA III LLC,    c o Hayt Hayt  Landau,    7765 SW 87th Avenue Suite 101,    Miami FL 33173-2535
9476143    +Robin Kelly,    392 Central Park W #C,    New York, NY 10025-5860
9476144    +Tom Laird,    8 Old Dobbin Ln,    Ivoryton, CT 06442-1231

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Buccaneer Yacht Club International,    c/o John M Koenig, Jr,    1551 Forum Pl #200,
              West Palm Beach, FL 33401-2309
cr*         +Ford Motor Credit Company,    c/o Kenneth M Jones,    1333 S University Dr #201,
              Plantation, FL 33324-4001
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2006            Signature:       *Joseph Speetjens*