**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                Case No: 04-33414-PGH
                                                                       Chapter 13 Proceeding
CARL A. THERIOT

_____Debtor,_____/

## NOTICE OF CHANGE OF ADDRESS

The undersigned hereby gives notice of the following change:

☐　　Debtor is providing <u>Debtor's new address</u> to replace the old address for notice and other purposes.

☒　　Debtor is providing a <u>creditor's new or corrected address</u> to replace existing information in the matrix.

☐　　Creditor is providing <u>creditor's new or corrected address</u> to replace existing information in this cause.

| Name and Old Address: | Name and New Address: |
|---|---|
| Harvey Gibson | Harvey Gibson |
| c/o John Carter, Esq. | c/o John Carter, Esq. |
| 1515 N. Federal Highway, Ste. 105 | 102 NE 2nd Street, Ste. 179 |
| Boca Raton, FL 33432 | Boca Raton, FL 33432-3908 |

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 21st day of August, 2008, to: Robin R. Weiner, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355-9007.

BY: _____
JAMES E. COPELAND, ESQ.
Florida Bar No. 328103
631 U.S. Highway One, Suite 403
North Palm Beach, FL 33408
561-881-8989 - Telephone
561-881-8985 - Facsimile